UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **JOHN HICKMAN** | **CIVIL ACTION NO. 5:22-00698-P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **GLEN EDWARDS** | **MAGISTRATE JUDGE HORNSBY** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 9] previously filed herein, and after an independent review of the record, noting the lack of written objections filed by Plaintiff, and, determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS, DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 13th day of July 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**